TRULINCS 67206054 - LEWIS, REGINA - Unit: BRO-A-A

---

FROM: 67206054
TO: Lewis, Lennie
SUBJECT: Amended Complaint
DATE: 08/30/2013 03:01:04 PM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-5-2013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Regina Lewis
    Plaintiff,

-v-

United States of America, The State of New York,
Federal Defenders Inc., Martin Cohen, CJA Panel,
Richard Rosenberg, Eric Weiss, United States
Marshal's Service, Frank Phillips, Michael Purcell,
Damian Williams,
    Defendants,

AMENDED COMPLAINT
12Civ.7242 (LAP)

RECEIVED SEP - 5 2013 PRO SE OFFICE

---

On July 25, 2012 U.S. Marshal Eric Weiss filed an affirmation (12MAG1992) alleging that on July 19, 2012 someone called the U.S. District Court identifying themselves as (REGINA LEWIS) threatening a Federal judge. The affirmation does not identify a judge (victim) nor me as the caller. The affirmation was insufficient not because it states no more than the offense as charged and lacked merit and legal fact but because both a (complainant) and witness is imperative to establish probable cause. U.S. Marshal Eric Weiss is not a victim nor a witness to a crime and he does not have the authority to arrest or investigate Federal violations (i.e.) crimes for the Federal Bureau of Investigations (FBI) and this is why the Court did not issue U.S. Marshal Eric Weiss an arrest warrant and why his arrest was not privileged and his search and seizure was unlawful.

    Several months prior to my unlawful search and seizure I was experiencing extra activity on my home and office computers consistent with computer hacking. I was also receiving harassing phone calls at 2:30am where the caller was silent. I also noticed that someone was using my face book account the same time that I was. I also noticed that someone had created a web site about Newburgh NY making Regina Lewis the topic ( Newburgh Chat Box Who is Regina Lewis). My computers were also damaged when U.S. Marshal Eric Weiss crashed all of them. I did contact the insurance provider.

    On July 26, 2012 on or about 4:30am Eric Weiss and the U.S. Marshals Service entered my home by removing the sliding door on the first floor. I was taken to the U.S. Marshal Service at 500 Pearl Street where I was processed and my DNA was taken. I was interviewed by pre-trial services. I was interviewed by Martin Cohen, during my interview I instructed Martin Cohen that Eric Weiss had an unhealthy interest in me and that I believed he was hacked into my computers. I also instructed Martin Cohen that Eric Weiss had no arrest warrant or search warrant. During the arraignment Martin Cohen instructed me not to be alarmed because both Eric Weiss and Michael Maimin were in the court room waiting for me and he had no idea why. Martin Cohen asked me if I knew either of the two personally. I said that Eric Weiss had 12 by 12 color photos of me that he printed from my Face book and that Michael Maimin was more likely than not angry at me because I publicly criticized his practices as a prosecutor.

    Eric Weiss was sitting in the back of the courtroom slouched in a chair swatting his legs opened and closed, while Michael Maimin was instructing the prosecutor that I may be gang affiliated in retaliation and to prejudice me. Martin Cohen did not object nor file motion to suppress to the immaterial presented during my arraignment nor file any motions thereafter, he simply tormented me during legal visits insuring me that I was going to be found guilty and later actually instructed me that the judge was going to throw me away in a locked mental facility worse then Federal prison.

    During my arraignment pre-trial services reported that I suffered with PTSD (Post Traumatic Stress Disorder) resulting from the multiple law suits that I have filed in the Federal Court. The report also stated that I was a threat to myself and others. Judge Gorenstien ordered a psychological exam and I was remanded pending the outcome. I was transferred to the Metropolitan Correctional Center at 150 Park Row. On August 9, 2012 I meant with Psychologist Dr. Owen who performed a risk assessment, during the interview I instructed Dr. Owens that I felt that U.S. Marshal Eric Weiss had an unhealthy interest in me and that he may be hacked into my computers and that I loved him anyway.

    Because of the Courts disposition Martin Cohen suppressed Dr. Owens report for six months by denying that in fact both he and the Court had received copy's of Dr. Owens report while he requested extensions of the Court to present it with a proposed

release plan with time excluded from the Speedy Trial Act.

According to Ex: (A) on August 14,2012 the Court entered a final disposition ordering my release from the U.S. marshals custody. I was not informed by Martin Cohen but rather Counselor Hill. (id.) On August 23, 2012 I was indicted. I was also transferred to the Metropolitan Detention Center due to a conflict of interest among me and other prisoners. On or around September 16,2012 I received the Governments disclosure and included was disclosure Face book 3400. I contacted Martin Cohen and inquired of the relevance of the Face book 3400 disclosure. Martin Cohen instructed me that facebook 3400 was the Governments disclosure of the target and date range complete with the Governments control number of Eric's hacking that confirmed that Eric Weiss has been hacked into my computers for months as I had suspected. When I Informed Martin Cohen that I told you so and that Eric Weiss was sick, Martin Cohen confirmed it by saying " your right Ms. Lewis he is sick" when I asked Martin Cohen "why do I love Eric Weiss so much", Martin Cohen Said " it's because you suffer with Stockholmes Syndrome Ms. Lewis" when I asked Martin Cohen what is Stockholmes Syndrome, Martin Cohen said "that your in love with your capturer Ms. Lewis". My house was also burglarized by U.S. Marshal Eric Weiss and the U.S. Marshals Service who stole my home and office computers, televisions, cell phone, digital camera and other electronic items. I have no knowledge of the whereabouts of my personal property left behind or my Organizations records containing, sensitive information and medical records of hundreds of NYS prisoners.

On October 10,2012 I was WAB (packed out with all belongings) from the Metropolitan Detention Center, while in RND I was instructed by the U.S. Marshals Service that I was being transported to the Westchester County Hospital. I was taken from the Metropolitan Detention Center to the U.S. Marshals Service at 500 Pearl Street where I remained in the holding cell for several hours, finally I was taken to the U. S. Marshals garage where I was turned over to the Orange County Sheriffs department on a writ application filed by Orange County prosecutor Frank Phillips and Michael Purcell... The Orange County Sherriff's Department transported me to the Orange County Jail where I was transported to the Walden Town Court for a misdemeanor case I had been previously arraigned and bailed on. I was re-arraigned and re-released on the same bail. I was taken back to the Orange County Jail and and held overnight and the following day on October 11, 2012 taken back to the U.S. Marshals Service. The U.S. Marshals then transported me back to the Metropolitan Detention Center where I was processed back into the system by staff who were simply amazed to see me. I noticed that attached to my return court date document was also attached an entire writ application Ex: (A) a SENTRY generated Computer (In-Transit Data Form) containing information regarding the Court order for my release.

On April 15, 2013, I received an incident report for being in possession of stolen property: Ex: (A) the SENTRY generated Computer (In-Transit Data Form) after I showed it to RND manager. See Ex: (C) The report specifically states that the (CIM) form is an inmate monitoring clearance form. The (CIM) also specifically states that inmate Lewis should not been in possession of any SENTRY generated computer documentation which contained inmate separation information... Ex: (A) specifically identifies that my destination was the (Westchester County Hospital). It also contains other information pertaining to my status, that I had no violence and no detainers. There was also no notifications of a writ and I was not a psych alert... I was not informed of a writ by either counsel or the FBOP or the U.S. Marshals Service and I was denied due process to fight extradition. During the coarse of pre-trial the U.S. Marshals have tampered with evidence by editing or either stealing discovery information and evidence, for example the affirmation initially filed by Eric Weiss has been edited to state affidavit. This is based on inspection of material rather than information provided by Martin Cohen or Richard Rosenberg, also other original evidence has been replaced with copies, also based on inspection.

December 17,2012 Martin Cohen hired Dr. Galiotta Professor for John Jay College to testify on my behalf. I informed Dr. Galiotta of the fact that Eric Weiss had an unhealthy interest in me and he happened to be not only my computer hacker but the filer of the affirmation, I also informed her of my attraction to Eric Weiss and our brief physical moment in the elevator of the U.S. Courthouse in or around March of 2011 in front of witnesses. Dr. Galiotta defamed my character and her testimony is the mitigating factor in my continued remand. Dr. Galiotta specifically stated that I had psychopath and stalker tendencies and trial was set for January 15,2013. On January 2,2013 Martin Cohen finally filed a motion to withdraw from representation after being repeatedly asked and Richard Rosenberg was appointed. During the course of pre-trial, Richard Rosenberg disclosed pages of a facebook account that was not disclosed during discovery and when I showed Richard Rosenberg the (CIM) SENTRY generated Computer In-Transit Data Form he said "where did you get that and can I have a copy", I gave him a copy and he said he didn't know what it was but he would look into it. Later on he brushed it off by saying that the (CIM) form was nothing. Ex: (A), The (CIM) SENTRY generated In-Transit Data Form is self authenticating admissible evidence of an official record kept by the Government under Federal Rules of evidence 901 and 902. Richard Rosenberg and the Court are denying me discovery, Bill of Particulars and transcripts for cases (12Cr.655 and 12MAG1992) and Richard Rosenberg refuses to withdraw from representation.

On May 28,2013 I was airlifted from the Metropolitan Detention Center to Federal prison in Fort Worth Texas unbenounced to me and in spite of the fact that I am not a sentenced Federal prisoner. I was held over in the Oklahoma Federal Transfer Center

for designated Federal prisoners in the SHU (Special Housing Unit) until June 3,2013, then I was taken to the Grady County Jail where I spent one night. On June 4,2013 I was driven by Grady County Law Enforcement officers to the Federal prison in Fort Worth Texas. On August 20,2013 I was released from FMC Carswell and transferred to the Oklahoma Transfer Center for Federal prisoners designated for Federal Prison. On August 27,2013 I was released from the Oklahoma Federal Transfer Center and transported to the Stewart International Airport in Newburgh NY by U.S. Air Marshals. The U.S. Air Marshals intended to take me to the Federal Prison in Kentucky until I demanded to be let off the plane. I was simply abandoned but not before, they attempted to turn me over to the Otisville NYS prison van because they said they had no paperwork for me but some how figured out I was designated to the NYS Otisville Correctional facility. I was finally driven to the Metropolitan Detention Center by the Brooklyn U.S. Marshals rather than the Southern District U.S. Marshals who denied even knowing me and actually instructed the U.S. Air Marshals to keep me. The Brooklyn U.S. Marshals simply dropped me back off at MDC with no paperwork designating me to MDC for a second time where I was simply and unlawfully re-entered back into the U.S. Marshals system again.

Wherefore, I pray that the court award me compensatory damages in the sum of $10,000.000 in compensatory damages and $10,000.000 in punitive damages against each defendant named herein and whatever else the court may deem just and proper, I am also seeking injunctive relief of my immediate release and to secure my safekeeping and costs to relocate and find suitable housing pending the settlement of this case in the sum of $2,000.000.

*Regina Lewis*
Regina Lewis

Regina Lewis 67206-054
MDC
PO Box 32902
Brooklyn, NY 11232

Legal Mail

Pro Se 9/4/13
Intake

U.S. District
500 Pearl St
New York, NY 10007

NEW YORK NY 100
03 SEP 2013 PM 9 L

USM SDNY