Lewis v. Eric Weiss 12CIV.7242

**D&F**

Dear Honorable Andrew L. Carter,

RECEIVED 2-4-14 FEB 06 2014 ANDREW L. CARTER, JR. U.S. DISTRICT JUDGE S.D.N.Y.

The defendent's motion to stay all proceedings should be dismissed because it is academic. I am not engaged in any court-ordered psychological examination. I am also contesting any such order because under the circumstances of the criminal case any such order is illegal under the U.S. Dept. of Justice Federal Bureau of Prisons Program Statement 6010.03 section 549.45(5) which establishes that I don't meet the criteria and under title 18 USC 4083 as an un-convicted and un-sentenced person.

Even though I could not be convicted in Criminal Case 12cr655 due to the statute's language being comprimised and the indictment's insufficiency I have authorized a friend under Rule 17(c) to represent me in the event that I cannot.

Since Eric Weiss was given adequate notice as prescribed in Rule (8) on December 5, 2013 and failed to respond I did file a motion for default judgment on January 12, 2014 under Rule 54.

2-6-14

The most efficient way to clarify any confusion arising from the complaint is to depose me. In assessing the legal sufficiency of a claim the trial court may consider facts alleged in the complaint as well as "documents that the plaintiff either possessed or knew about and upon which they relied in bringing the suit" Rothman v. Gregor 220 F.3d 81.88 (2d Cir. 2000).

The defendent also misstated the amounts I have asked for in compensatory and punitive damages stating $10,000 when in fact I have asked for $10,000,000. Ten Million Dollars.

Eric Weiss is the only named defendent all others are being sued in Tort Claim under the United States of America.

Regine Lewis

cc: Brandon H. Cowart
Assistant U.S. Attorney
86 Chamber St.
New York, NY 10007